Charles H. Young and Charles T. Dunning, as Sole Trustees under the Last Will and Testament of George Bell, Deceased, Respondents, v. Charles B. Barker and Others, Defendants, Impleaded with Adelia Gertrude Stringer, Appellant.— Judgments and order affirmed, with costs to the plaintiffs, respondents. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

In the Matter of the Application of the Board of Rapid Transit Railroad Commissioners for the City of New York for the Appointment of Three Commissioners, etc. Brooklyn and Manhattan Loop Lines, Brooklyn Sections.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

In the Matter of the Election of Directors of the New York and Westchester Town Site Company. Robert E. Robinson and Others, Petitioners, Respondents, Appellants, etc.— Motion denied, without costs. Present — Jenks, P. J., Burr, Woodward and Rich, JJ.

Harvey Kernan, Respondent, v. Barney Elfin and Others, Defendants. Louis Enoch, Appellant.— Motions denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Louis Kreindler, Respondent, v. United States Title Guaranty and Indemnity Company, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

John Henry Willey, Respondent, v. Julius Pomars, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Carr and Rich, JJ.

George Flick, Appellant, v. Solomon Becker, Respondent.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the

* Laws of 1902, chap. 580, § 187.— [REP.